# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# CASE NO.: 16-CR-20840-HUCK-MCALILEY

UNITED STATES OF AMERICA,

    Plaintiff,

v.

JUAN CARLOS GUERRA,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge Chris McAliley's Report and Recommendation on Change of Plea [D.E. 102], which was issued on April 28, 2017. In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, Juan Carlos Guerra, be found to have freely and voluntarily entered a plea of guilty to Count 1 of the Second Superseding Indictment. [D.E. 69]. Count 1 of the Second Superseding Indictment charges the Defendant with knowingly and willfully conspiring to possess with intent to distribute a controlled substance — specifically, fifty (50) grams or more of methamphetamine, five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, and five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine — in violation of Title 21 U.S.C. Sections 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(ii), and 846. Magistrate Judge McAliley recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offenses to which the plea of guilty has been entered, that a Pre-Sentence Investigation Report be ordered, and that a sentencing hearing be conducted for final disposition of this matter. The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed. Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 102] is adopted and approved in its entirety. The Defendant's guilty plea is accepted, and the Defendant is adjudged guilty of knowingly and

willfully conspiring to possess with intent to distribute a controlled substance, in violation of Title 21 U.S.C. Sections 841(a)(1), 841(b)(1)(A)(viii), 841(b)(1)(B)(ii), and 846. A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Ave., 13th Floor, Courtroom 13-2, Miami, Florida, on **Friday, July 21, 2017, at 9:30 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida this 12th day of May, 2017.

PAUL C. HUCK
U.S. DISTRICT COURT JUDGE

Copies Furnished To:

All Counsel of Record